# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **TERRY LEE FRANKLIN #561946** | **CASE NO. 1:19-CV-01581 SEC P** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **JOSEPH H L PEREZ-MONTES ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

Presently before the Court is the Report and Recommendations [doc. 11]. Having considered the Report and the Objection filed by Plaintiff,

IT IS ORDERED THAT the Complaint filed by Plaintiff is DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. §1915(e).

THUS DONE in Chambers on this 21st day of February, 2020.

Robert R. Summerhays
United States District Judge